UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG SKY VENTURES I, L.L.C., a limited liability company; BIG SKY VENTURES 2, L.L.C., a limited liability company, FASTAX INC., a corporation, and JACK FROST, LLC, a limited liability company, individually and on behalf of others similar situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PACIFIC CAPITAL BANCORP., N.A., a corporation d/b/a SANTA BARBARA BANK & TRUST,<br><br>　　　　　　Defendant.<br>_____ | Case No. CV 08-00231 DDP (VBKx)<br><br>**ORDER TO SHOW CAUSE WHY THE COMPLAINT SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>[Complaint filed on January 14, 2008 ] |

　　The Court orders the parties to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiffs Big Sky Ventures I and II, L.L.C., Fastax Inc. and Jack Frost brought suit against Defendants Pacific Capital Bancorp., N.A., seeking declaratory and injunctive relief, and general and special damages for economic loss suffered as a result of allegedly void and unenforceable contracts entered into by the parties. It

is not clear to the Court that the amount in controversy exceeds five million dollars so as to allow this case to proceed under U.S.C. 28 § 1332(d)(2).  Plaintiffs have failed to allege any specific facts that explain the basis for this claim.  The Court requests briefing on the basis for Plaintiffs' claim that the amount in controversy exceeds the five million dollar threshold under U.S.C. § 1332(d)(2).

    Accordingly, the Court orders parties to file briefs, not to exceed 10 pages, by Monday, March 24, 2008, as to whether the amount in controversy exceeds five million dollars.  The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  If a party does not file an opposition, the Court will regard it as not opposing dismissal.  A hearing is scheduled on this matter for Monday, March 31, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 28, 2008

_____
DEAN D. PREGERSON
United States District Judge